IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JACQUES CROMIER,                                    No. C 09-00544 SI

        Plaintiff,                                    **ORDER**

  v.

BANK OF AMERICA,

        Defendant.
                                              /

        I hereby recuse myself in the above entitled matter and request that the case be reassigned pursuant to Section F. of the Assignment Plan of this Court.

Dated:

                                              SUSAN ILLSTON
                                              United States District Judge